Questions not covered in the statement of questions involved will not be considered on this appeal. *Blue Anchor Overall Co. v. Pennsylvania Lumbermens Mutual Insurance Company*, 385 Pa. 394, 402, 123 A. 2d 413.

The decision is affirmed.

## Commonwealth ex rel. Gilson, Appellant, *v.* Keenan.

Submitted November 18, 1957. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*Virgil Gilson,* appellant, in propria persona.

*P. Richard Thomas,* District Attorney, for appellee.

OPINION PER CURIAM, January 21, 1958:
The order of the court below is affirmed on the opinion of President Judge MOOK, as reported in 11 Pa. D. & C. 2d 70.

.

Dean, Appellant, *v.* Trembley.

